# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **17-1487M** | Date **July 25, 2017** |

Present: The Honorable **John E. McDermott, United States Magistrate Judge**

Interpreter None

| S. Anthony | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present Cust. Bond | Attorneys for Defendants: | Present App. Ret. |
|---|---|---|---|

**JOHN RICHARD BRINSON JR**

**Proceedings:** **(IN CHAMBERS) BRIEFING SCHEDULE**

At the Initial Appearance held on July 21, 2017, the Court requested the parties to contact the clerk for a status conference.

Prior to a status conference, defense counsel is ORDERED to file a short brief no later than July 26, 2017 by 4:00pm. Government's counsel is ORDERED to file a reply no later than July 27, 2017 by 4:00pm. Thereafter, a hearing date will be scheduled.

                                                                                                                     :

Initials of Deputy Clerk     sa

cc: Parties