**THIS EXHIBIT HAS NOT BEEN PUBLICLY FILED,**

**PURSUANT TO THE PROTECTIVE ORDER**

**ISSUED BY THIS COURT**