NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0649
     Facsimile: (213) 894-3713
     E-mail:    devon.myers@usdoj.gov

LAUREN S. KUPERSMITH
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
     1400 New York Avenue, NW
     Washington, DC 20005
     Telephone: (202) 514-1564
     Facsimile: (202) 514-1793
              Email:    lauren.kupersmith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-0404(A)-AB |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR ONE WEEK CONTINUANCE FOR BRIEFING DEADLINES ON PENDING MOTIONS |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Devon Myers, Department of Justice Trial Attorney Lauren S. Kupersmith, and defendants Arlan Wesley Harrell, by and through his counsel of record

Deputy Federal Public Defender Pedro V. Castillo; John Richard Brinson Jr., by and through his counsel of record, Gregory Nicolaysen; and Keith Allen Lawniczak, by and through his counsel of record, Thomas T. Nishi, hereby stipulate as follows:

    1.   Counsel for defendant Harrell has filed two motions to suppress evidence and a motion to sever;

    2.   Counsel for defendant Brinson has filed two motions to suppress evidence;

    3.   Counsel for defendant Lawniczak has filed a motion to sever;

    4.   The government's oppositions are currently due on September 5, 2019, and the defendants' replies are due two weeks later, on September 19, 2019.  All motions are set to be heard on October 11, 2019, at 1:30 p.m.;

//

//

5. Given the volume of motions and their complexity, the parties agree to the following amended briefing schedule: the government's oppositions will be due on September 12, 2019, and the defendants' replies will be due on September 26, 2019. The hearing date will remain as currently scheduled.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 29, 2019 | Respectfully submitted, |
| | NICOLA T. HANNA<br>United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | \_\_\_\_\_/s/_____<br>DEVON MYERS<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

Dated: August 30, 2019             /s/ *authorized by email*
                                   PEDRO V. CASTILLO
                                   Deputy Federal Public Defender

                                   Attorney for Defendant
                                   ARLAN WESLEY HARRELL


Dated: August 30, 2019             /s/ authorized by email
                                   GREGORY NICOLAYSEN

                                   Attorney for Defendant
                                   JOHN RICHARD BRINSON JR.


Dated: August 30, 2019             /s/ authorized by email
                                   THOMAS T. NISHI

                                   Attorney for Defendant
                                   KEITH ALLEN LAWNICZAK

4