NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
Cyber & Intellectual Property Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0649
     Facsimile: (213) 894-2927
     E-mail:   devon.myers@usdoj.gov

LAUREN S. KUPERSMITH
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
     1400 New York Avenue, NW
     Washington, DC 20005
     Telephone: (202) 514-1564
     Facsimile: (202) 514-1793
     Email:    lauren.kupersmith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(A)-AB-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF OVERSIZE BRIEF IN RESPONSE TO DEFENDANT BRINSON'S MOTION TO SUPPRESS PHYSICAL EVIDENCE SEIZED DURING VEHICLE SEARCH AND FRUITS THEREOF [DOCKET NO. 125] |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Devon Myers, hereby applies ex parte for an order permitting the government to file an oversized brief in opposition to defendant Brinson's Motion To Suppress Physical Evidence Seized During the Vehicle Search And

Fruits Thereof [Docket No. 125].

    This ex parte application is based upon the attached declaration of Assistant United States Attorney Devon Myers.

Dated: September 12, 2019      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division


    /s/
DEVON MYERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF DEVON MYERS**

I, Devon Myers, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. Along with Department of Justice Trial Attorney Lauren S. Kupersmith, I am an attorney representing the government in this case.

2. The government respectfully seeks an order of the Court permitting the government to file an oversized brief in opposition to defendant John Brinson, Jr.'s ("defendant") Motion To Suppress Physical Evidence Seized During the Vehicle Search And Fruits Thereof [Docket No. 125].

3. The opposition would exceed the 25-page limit set forth in Local Civil Rule 11-6, applicable generally under Local Criminal Rule 57-1.

4. Defendant's motion was 29 pages in length and raised issues regarding the evidence in the case and requested a <u>Franks</u> hearing. To provide the Court with a detailed and thorough response to the factual issues, as well as the applicable law, the government believes that it is necessary to file an oversize brief.

5. Pursuant to Local Rule 11-6, parties may submit oversized briefs upon Court order for good cause shown. Accordingly, the government hereby requests such an order.

//
//

6. Today, I emailed defense counsel Gregory Nicolaysen and he indicated that he does not oppose this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 12, 2019.

_____
DEVON MYERS