FILED
CLERK, U.S. DISTRICT COURT

7/21/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DD ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ARLAN WESLEY HARRELL,
  aka "soole,"
  "fritters,"
  "kronos," and
  "the dread king," and
JOHN RICHARD BRINSON JR.,
  aka "king,"
  "iamking,"
  "boyanal," and
  "devinelover,"

        Defendants.

CR 17-404(B)-AB

S E C O N D
S U P E R S E D I N G
I N D I C T M E N T

[18 U.S.C. § 2252A(g): Engaging in
a Child Exploitation Enterprise;
18 U.S.C. § 2251A(b)(1): Obtaining
Custody of a Minor For Purposes of
Producing Child Pornography; 18
U.S.C. §§ 2251(a), (e): Production
of Child Pornography; 18 U.S.C.
§§ 2252(a)(4)(B), (b)(2):
Possession of Child Pornography;
18 U.S.C. § 2253 and 28 U.S.C.
§ 2461(c): Criminal Forfeiture]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2252A(g)]

[ALL DEFENDANTS]

A.   THE CHILD EXPLOITATION ENTERPRISE

    1.   At relevant times, defendants ARLAN WESLEY HARRELL, also

known as ("aka") "soole," "fritters," "kronos," and "the dread king,"

1    and JOHN RICHARD BRINSON Jr., aka "king," "iamking," "boyanal," and

2    "devinelover" were members of an Internet-based, members-only

3    bulletin board, identified herein as "Website A," the purpose of

4    which was, among other things, the production, advertisement,

5    transportation, receipt, distribution, and possession of child

6    pornography.

7         2.   At relevant times, Website A was dedicated to individuals

8    who have a sexual interest in infants and young children ranging in

9    age from birth to five years old.  Website A was divided into

10   sections, which included, among others, "Babies (0-1 yo)," "Toddlers

11   (2-5 yo)," and "Fetish."  These sections, in turn, were divided into

12   "Boys" and "Girls."  Members could make "posts" to Website A, which

13   included, among other things, the posting of previews of child

14   pornography images and videos, links to child pornography, and

15   comments on child pornography posted by other members.

16        3.   At relevant times, prospective members could create a

17   screen name and register an account.  Website A members did not use

18   their real names, but instead used screen names to mask their

19   identities.  Website A members followed security rules regarding

20   remaining anonymous.  To access Website A, for instance, members must

21   have used a network that masked the Internet Protocol address of the

22   user.  At relevant times, Website A had over a thousand members.

23        4.   At relevant times, members could ascend to a certain "rank"

24   based on the extent of that member's participation on Website A,

25   including the amount of child pornography the member shared on the

26   forum.  Some of the ranks included "VIP," "King of Producers," and

27   "Club Member."  Some ranks would allow access to additional parts of

28

the website containing content that was inaccessible to lower-ranked members.

5.     Defendant HARRELL used and posted under the screen name "soole" to participate on Website A.  Defendant HARRELL joined Website A on or about February 12, 2016.  Defendant HARRELL made approximately 155 posts to other Website A users.  At relevant times, defendant HARRELL resided in and participated in the enterprise from Los Angeles County, within the Central District of California.

6.     Defendant BRINSON used and posted under the screen name "king" to participate on Website A.  Defendant BRINSON joined Website A on or about February 24, 2016.  Defendant BRINSON made approximately 249 posts to other Website A users.

B.     PREDICATE OFFENSES

7.     Between in or about February 2016, and continuing through in or about June 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants HARRELL and BRINSON, acting in concert with each other and at least one other individual, including others known and unknown to the Grand Jury, engaged in a series of three or more felony violations of:

        a.     Title 18, United States Code, Section 2251(d)(1)(A), that is, each defendant knowingly made, printed, published, and caused to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, a visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, and such

3

1     notice and advertisement was transported using any

2     means and facility of interstate and foreign commerce

3     and in and affecting interstate and foreign commerce

4     by any means, including by computer, and

5   b. Title 18, United States Code, Section 2252(a)(2), that

6     is, each defendant knowingly distributed a visual

7     depiction using any means and facility of interstate

8     and foreign commerce, where the production of such

9     visual depiction involved the use of a minor engaging

10     in sexually explicit conduct, and the visual depiction

11     was of such conduct,

12 by posting messages on Website A containing images of child

13 pornography and web addresses and passwords needed to download child

14 pornography images and videos, constituting three or more separate

15 incidents and involving more than one victim, including, but not

16 limited, to the following postings:

| USER | DATES |
|---|---|
| Defendant HARRELL | November 3, 2016 |
| | January 12, 2017 |
| | April 15, 2017 |
| Defendant BRINSON | August 1, 2016 |
| | November 19, 2016 |
| | January 25, 2017 |
| | June 10, 2017 |

COUNT TWO

[18 U.S.C. § 2251A(b)(1)]

[DEFENDANT HARRELL]

On or about September 24, 2016, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendant ARLAN WESLEY HARRELL, aka "soole," "fritters," "kronos," and "the dread king," obtained custody and control of Minor Victim 11 with knowledge that as a consequence of obtaining custody, the minor would be portrayed in a visual depiction engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and the minor traveled in and was transported in and affecting interstate and foreign commerce, and the offer was communicated and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

COUNT THREE

[18 U.S.C. §§ 2251(a), (e); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

Between on or about September 24, 2016 and on or about May 28, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ARLAN WESLEY HARRELL, aka "soole," "fritters," "kronos," and "the dread king," and JOHN RICHARD BRINSON Jr., aka "king," "iamking," "boyanal," and "devinelover", each aiding and abetting the other, employed, used, persuaded, induced, enticed, and coerced Minor Victim 11 to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

1                              COUNT FOUR

2              [18 U.S.C. §§ 2251(a), (e); 18 U.S.C. § 2(a)]

3                           [ALL DEFENDANTS]

4        Between on or about September 24, 2016 and on or about May 28,

5   2017, in Los Angeles County, within the Central District of

6   California, and elsewhere, defendants ARLAN WESLEY HARRELL, aka

7   "soole," "fritters," "kronos," and "the dread king," and JOHN RICHARD

8   BRINSON Jr., aka "king," "iamking," "boyanal," and "devinelover",

9   each aiding and abetting the other, employed, used, persuaded,

10  induced, enticed, and coerced Minor Victim 3 to engage in sexually

11  explicit conduct, as defined in Title 18, United States Code, Section

12  2256(2)(A), for the purpose of producing a visual depiction of such

13  conduct, knowing and having reason to know that such visual depiction

14  would be transported and transmitted using any means and facility of

15  interstate and foreign commerce and in and affecting interstate and

16  foreign commerce, and which visual depiction was produced and

17  transmitted using materials that had been mailed, shipped, and

18  transported in and affecting interstate and foreign commerce by any

19  means, including by computer, and which visual depiction was actually

20  transported and transmitted using any means and facility of

21  interstate and foreign commerce and in and affecting interstate and

22  foreign commerce.

23

24

25

26

27

28

COUNT FIVE

[18 U.S.C. §§ 2251(a), (e); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

Between on or about September 24, 2016 and on or about May 28, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ARLAN WESLEY HARRELL, aka "soole," "fritters," "kronos," and "the dread king," and JOHN RICHARD BRINSON Jr., aka "king," "iamking," "boyanal," and "devinelover", each aiding and abetting the other, employed, used, persuaded, induced, enticed, and coerced Minor Victim 12 to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

1
2
3

COUNT SIX

[18 U.S.C. §§ 2251(a), (e); 18 U.S.C. § 2(a)]

[DEFENDANT BRINSON]

4      Between on or about December 19, 2016 and on or about May 28,
5  2017, within the Central District of California, and elsewhere,
6  defendant JOHN RICHARD BRINSON Jr., aka "king," "iamking," "boyanal,"
7  and "devinelover," aiding and abetting another individual known to
8  the Grand Jury, employed, used, persuaded, induced, enticed, and
9  coerced Minor Victim 1 to engage in sexually explicit conduct, as
10  defined in Title 18, United States Code, Section 2256(2)(A), for the
11  purpose of producing a visual depiction of such conduct, knowing and
12  having reason to know that such visual depiction would be transported
13  and transmitted using any means and facility of interstate and
14  foreign commerce and in and affecting interstate and foreign
15  commerce, and which visual depiction was produced and transmitted
16  using materials that had been mailed, shipped, and transported in and
17  affecting interstate and foreign commerce by any means, including by
18  computer, and which visual depiction was actually transported and
19  transmitted using any means and facility of interstate and foreign
20  commerce and in and affecting interstate and foreign commerce.

21
22
23
24
25
26
27
28

9

COUNTS SEVEN THROUGH TWENTY-THREE

[18 U.S.C. §§ 2251(a), (e)]

[DEFENDANT HARRELL]

Beginning on or about the following dates, and continuing to on or about May 28, 2017, within the Central District of California, and elsewhere, defendant ARLAN WESLEY HARRELL, aka "soole," "fritters," "kronos," and "the dread king," employed, used, persuaded, induced, enticed, and coerced each of the following minors to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce:

| COUNT | DATE | VICTIM |
|-------|------|--------|
| SEVEN | In or about 2015 | Minor Victim 5 |
| EIGHT | In or about 2014 | Minor Victim 6 |
| NINE | In or about 2013 | Minor Victim 7 |
| TEN | In or about 2015 | Minor Victim 8 |
| ELEVEN | In or about 2013 | Minor Victim 9 |
| TWELVE | In or about 2015 | Minor Victim 10 |

| COUNT | DATE | VICTIM |
|---|---|---|
| THIRTEEN | In or about 2013 | Minor Victim 13 |
| FOURTEEN | In or about 2013 | Minor Victim 14 |
| FIFTEEN | In or about 2013 | Minor Victim 15 |
| SIXTEEN | In or about 2013 | Minor Victim 16 |
| SEVENTEEN | In or about 2013 | Minor Victim 17 |
| EIGHTEEN | In or about 2013 | Minor Victim 18 |
| NINETEEN | In or about 2013 | Minor Victim 19 |
| TWENTY | In or about 2013 | Minor Victim 20 |
| TWENTY-ONE | On or about May 19, 2017 | Minor Victim 21 |
| TWENTY-TWO | On or about May 19, 2017 | Minor Victim 22 |
| TWENTY-THREE | On or about May 19, 2017 | Minor Victim 23 |

COUNT TWENTY-FOUR

[18 U.S.C. §§ 2252(a)(4)(B), (b)(2)]

[DEFENDANT HARRELL]

On or about May 28, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARLAN WESLEY HARRELL, aka "soole," "fritters," "kronos," and "the dread king," knowingly possessed at least one matter which contained a visual depiction that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported, by any means including by computer, the production of such visual depiction having involved the use of a minor, including minors who had not attained the age of 12 years, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such visual depiction being of such conduct.

FORFEITURE ALLEGATION

[18 U.S.C. § 2253 and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Twenty-Four of this Second Superseding Indictment.

2.   Any defendant so convicted, shall forfeit to the United States of America the following property:

(a)   All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in any such offense;

(b)   All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

(c)   All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

(d)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 Section 2253(b) and Title 28, United States

1    Code, Section 2461(c), any defendant so convicted shall forfeit
2    substitute property, up to the total value of the property described
3    in the preceding paragraph if, as the result of any act or omission
4    of said defendant, the property described in the preceding paragraph,
5    or any portion thereof: (a) cannot be located upon the exercise of
6    due diligence; (b) has been transferred, sold to or deposited with a
7    third party; (c) has been placed beyond the jurisdiction of the
8    //
9    //

1  court; (d) has been substantially diminished in value; or (e) has

2  been commingled with other property that cannot be divided without

3  difficulty.

4

5

6                                              A TRUE BILL

7

8                                         ___/s/_____

9                                          Foreperson

10  NICOLA T. HANNA
    United States Attorney
11

    *Brandon Fox*
12

    BRANDON D. FOX
13  Assistant United States Attorney
    Chief, Criminal Division
14

    JOANNA M. CURTIS
15  Assistant United States Attorney
    Chief, Violent & Organized Crime
16  Section

17  KAREN I. MEYER
    Assistant United States Attorney
18  Violent & Organized Crime Section

19  DEVON MYERS
    Assistant United States Attorney
20  Cyber & Intellectual Property
    Crimes Section
21

    KYLE REYNOLDS
22  Trial Attorney
    Child Exploitation and Obscenity
23  Section
    United States Department of
24  Justice

25

26

27

28

                            15