TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
     1300/1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559/0649
     Facsimile: (213) 894-2927
     E-mail:    devon.myers@usdoj.gov
                kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
     1301 New York Avenue, NW
     Washington, DC 20005
     Telephone: (202) 514-1564
     Facsimile: (202) 514-1793
     Email:     lauren.kupersmith@usdoj.gov
                kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>               v.<br><br>ARLAN WESLEY HARRELL, et al.,<br><br>            Defendants. | No. CR 17-404(B)-AB-2<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT JOHN BRINSON JR.'S OBJECTIONS TO EVIDENCE AND REQUEST TO CONTINUE APRIL 22, 2022, SENTENCING HEARING |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Devon Myers and

1 Karen I. Meyer, and Department of Justice Trial Attorneys Lauren S.
2 Kupersmith and Kyle P. Reynolds, hereby files its Opposition to
3 defendant John Richard Brinson, Jr.'s Objections to Evidence and
4 Request To Continue the April 22, 2022, Sentencing Hearing, filed on
5 April 21, 2022, at 9:07 a.m.

6 The April 22, 2022, Sentencing Hearing for defendant John
7 Brinson Jr. ("defendant") is set for tomorrow at 10 a.m.  As the
8 government indicated in an email to defense counsel and the Court
9 earlier this morning, members of the prosecution team are already en
10 route, as are victims' family members, to attend the hearing.  The
11 government, therefore, opposes defendant's last-minute request to
12 continue the sentencing hearing.

13 Regarding defendant's objections, the government will address
14 them at the sentencing hearing.  If the Court decides that a portion
15 of the sentencing needs to be set over after hearing argument, it can
16 be addressed then.  In the meantime, the government expects two or
17 three of the victims' family members to allocute tomorrow and the
18 government is prepared to address all of the arguments that defendant
19 raises in his sentencing position.  There is no basis for last-minute
20 continuance.  A continuance will result in a waste of the victims'
21 time, the government's time, and the Court's time.  The Court should
22 deny defendant's request to continue the Sentencing Hearing.

Dated: April 21, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER/CRISTOPHER D. GRIGG
Assistant United States Attorney
Chiefs, Criminal/National Security Divisions

_____
DEVON MYERS
KAREN I. MEYER
Assistant United States Attorneys

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA