TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
    1300/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559/0649
    Facsimile: (213) 894-2927
    E-mail:    devon.myers@usdoj.gov
           kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
    1301 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 514-1564
    Facsimile: (202) 514-1793
    Email:    lauren.kupersmith@usdoj.gov
           kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(B)-AB-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANT JOHN RICHARD BRINSON, JR.; EXHIBITS A-E |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Devon Myers and Karen

I. Meyer, and Department of Justice Trial Attorneys Lauren S. Kupersmith and Kyle P. Reynolds, hereby files its Sentencing Position related to defendant John Richard Brinson, Jr.

This Sentencing Position is based upon the attached memorandum of points and authorities, the attached exhibits A-E, the files and records in this case, the Presentence Report, the sentence recommendation letter, and such further evidence and argument as the Court may wish to consider at the hearing.  The government reserves the right to file a reply brief.  The government requests that the Court set over the restitution hearing for 90 days.

Dated: April 8, 2022                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER/CRISTOPHER D.
                                        GRIGG
                                        Assistant United States Attorney
                                        Chiefs, Criminal/National Security
                                        Divisions

                                        DEVON MYERS
                                        KAREN I. MEYER
                                        Assistant United States Attorneys

                                        LAUREN S. KUPERSMITH
                                        KYLE P. REYNOLDS
                                        Trial Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

<u>**TABLE OF CONTENTS**</u>

**Contents**

MEMORANDUM OF POINTS AND AUTHORITIES..................................1

I.     INTRODUCTION.....................................................1

II.    DEFENDANT ACTIVELY PARTICIPATED ON A WEBSITE DEVOTED TO
       SEXUALLY HARMING YOUNG CHILDREN AND SEXUALLY ABUSED FOUR
       CHILDREN UNDER THE AGE OF NINE...................................3

       A.    Defendant's Online Child Sexual Exploitation Crimes.......4

       B.    Defendant Coordinated With Co-Defendants To Sexually
             Abuse Children Together...................................8

             1.    Defendant Abused Minor Victim 11 With Harrell.......10

             2.    Defendant Provided Minor Victims 3 and 12 So That
                   He And Harrell Could Abuse Them Together...........11

             3.    Defendant Abused Minor Victim 1 With Co-Defendant
                   Martinez..........................................12

       C.    Defendant Repeatedly Abused Minor Victims 3 and 12
             Including Creating Videos Where The Children Screamed
             In Pain...................................................17

III.   THE DEFENDANT'S TOTAL OFFENSE LEVEL IS 52, WHICH IS
       UNDERSTATED.....................................................28

IV.    THE COURT SHOULD SENTENCE DEFENDANT TO LIFE IMPRISONMENT......29

       A.    Defendant's Crimes Were Cruel And Depraved...............30

       B.    Defendant's Characteristics Do Not Excuse His Behavior...32

       C.    A Life Sentence Is The Only Way To Protect The
             Community From Defendant..................................35

       D.    The Court Should Avoid Sentencing Disparities...........35

V.     CONCLUSION......................................................36

## **TABLE OF AUTHORITIES**

**CASES**

United States v. Saeteurn,
    504 F.3d 1175, 118183 (9th Cir. 2007)........................35

**STATUTES**

18 U.S.C. § 3553............................................3, 30

**OTHER AUTHORITIES**

U.S.S.G. § 3E1.1...............................................35

U.S.S.G. § 4B1.5(b)........................................28, 29

U.S.S.G. §3D1.4...............................................28

1

### MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.    INTRODUCTION

3   Defendant John Richard Brinson, Jr. ("John Brinson" or
4  "defendant") was an active member of Website A, which operated on a
5  network specifically designed for and used to facilitate anonymous
6  and hidden communication over the Internet.  Website A cloaked itself
7  in anonymity because it was dedicated to the sexual abuse of children
8  ages zero to five years old.  But defendant was not satisfied to view
9  the grotesque images on Website A – instead he created child sexual
10  abuse material to share on the site as well as commented on others'
11  materials and encouraged members to create their own child sexual
12  abuse material.  Indeed, defendant made at least 200 posts on Website
13  A.

14   As part of his wholehearted commitment to exploiting vulnerable
15  children, defendant sexually abused four little boys – two of whom,
16  Minor Victims 3 (who was younger than eight years old) and 12 (who
17  was younger than three years old), ███████████████████████
18  ██████████       Defendant abused his victims in numerous ways,
19  including molesting their genitals, placing his mouth on their
20  penises, forcing their mouth on his penis, and anally raping them
21  with his penis, his fingers, and objects.  In one video that
22  defendant created, he anally rapes Minor Victim 3 with his penis
23  while the child screams in pain and begs defendant to "take it out."

24   As if that were not enough, defendant "shared" Minor Victim 3
25  with each of the co-defendants in this case: Arlan Harrell, Moises
26  Martinez, and Keith Lawniczak – meaning he made the child available
27  for exploitation by all of them.  Defendant also "shared" Minor
28  Victim 12 with co-defendant Harrell.  In exchange for providing

access to the minor victims in his care, defendant was able to rape
Minor Victim 1, ███████████ who was no more than nine years old,
and sexually abuse Minor Victim 11, a three-year old child who
Harrell brought to defendant's residence.  Lawniczak admitted that he
let defendant live rent free and benefitted from the opportunity to
watch defendant abuse Minor Victim 3.

Defendant also chatted with all of his co-defendants about
sexually abusing children.  He texted about the pain that his sex
acts caused the boys, how he bribed his victims, how he abused them
with greater frequency to desensitize them to the pain, and how he
wanted to drug them to "knock them out" so he could rape them while
they were unconscious.  These chats lay bare defendant's cruelty and
depravity towards the most innocent of victims.

Defendant's guideline calculation is literally off the chart -
by 9 levels - and even then it underrepresents his criminal conduct,
particularly as it relates to Minor Victims 3 and 12.  Thus,
defendant's total offense level of 52, much less the 9-level
reduction he receives just because there is nothing higher than a
level 43, does not capture most of his crimes.

Defendant violently abused and exploited the vulnerable little
boys ███████████ and allowed others to abuse them for defendant's and
his friends' pleasure.  He used those children as leverage to gain
access to other victims.  He callously chatted about the abuse as if
the children were not human, let alone dependent, young boys.  There
is no way to ensure the community could ever be safe from defendant
other than lifetime imprisonment.  Beyond protecting the public from
further crimes of the defendant, the seriousness of his offenses
necessitates a life sentence to promote respect for the law, provide

just punishment, and afford adequate deterrence to criminal conduct of this nature.  18 U.S.C. § 3553(a)(2)(A)-(C).  Accordingly, the government requests that the Court sentence defendant within the applicable Guideline range of life.[1]

## II.   DEFENDANT ACTIVELY PARTICIPATED ON A WEBSITE DEVOTED TO SEXUALLY HARMING YOUNG CHILDREN AND SEXUALLY ABUSED FOUR CHILDREN UNDER THE AGE OF NINE

Defendant actively participated on a website devoted to sexually harming young children, created child sexual abuse material of four children, repeatedly sexually abused two young children ███████, and shared those children with other offenders to sexually abuse.  In concert with the other members of Website A, including co-defendants Harrell and Martinez, defendant engaged in a child exploitation enterprise by committing a series of child sexual exploitation offenses impacting multiple victims.  Specifically, defendant used Website A to: (1) view child sexual abuse material that other members posted; (2) encourage members to post; (3) brag about the sexual assault of the children ████████;(4) advertise and distribute child sexual abuse material he created; and (5) advertise and distribute a video of the anal rape of a toddler.  But defendant did not just use Website A to consume and share child sexual abuse material online, he also used it to meet like-minded offenders to commit additional offenses with them offline.  In short, defendant did not just look at photographs on a website, he actively abused the children ██████ and sought out the opportunity to  victimize additional children.

---

[1] Specifically, life imprisonment for count 1 and 360 months on counts 3-6, all such terms to be served concurrently.

**A.   Defendant's Online Child Sexual Exploitation Crimes**

On a website specifically devoted to the sexual exploitation of children from birth to five years of age, defendant bragged about his sexual assaults on his victims, distributed images and videos of child sexual abuse material, and encouraged others to do the same. Defendant was a member of Website A, which is an internet-based, members-only bulletin board dedicated to the production, advertisement, transportation, receipt, distribution, and possession of child sexual abuse material of children five years old or younger. (Docket Entry ("DE") 325, Presentence Report ("PSR") ¶ 12.)  Website A operated on a network that masked each member's Internet Protocol address and members followed security rules regarding remaining anonymous.  (DE 228, Second Superseding Indictment ("SSI") ¶ 3.) When defendant was a member, Website A had over one thousand members. (PSR at ¶ 13.)  Between joining in February 2016 and his arrest in June 2017, Defendant made at least 200 posts on Website A under the name ████████  (Id.)

Defendant's illicit sexual conduct was well documented in his own words on Website A, where he distributed and advertised child sexual abuse material and encouraged other offenders to do the same. Defendant's profile page on Website A stated that he liked boys, his "AoA," a.k.a. "Age of Attraction" was "1-5 yo," and referenced an "Anal" "fetish."[2]

---

[2] Screenshots of defendant's profile page and other posts, including the screenshots of posts included herein, are from the portions of Website A that the government has in its possession and made available to the defense.  The government will make them available to the Court if the Court so requests.  All images and videos referenced herein, along with any others from the case, are also available for the Court's review upon request.

4

On August 1, 2016, in response to a post by co-defendant Arlan Harrell, a.k.a. ▮▮▮▮ defendant specifically "encourage[d] others to post more," when he wrote:



In this post, Brinson included images that depicted a closeup of Minor Victim 3's unclothed penis and an image that depicted (presumably Brinson's) adult male penis touching the unclothed buttocks of Minor Victim 3.  (PSR at ¶ 15.)  Minor Victim 3 was approximately six years old at the time.  (Id.)

On November 19, 2016, defendant again distributed and advertised child sexual abuse material of Minor Victim 3 in the "Toddler boys" section on Website A.  (PSR at ¶ 16.)  In his post, he professed his thanks to those who enable Website A to exist, stating "We love you all <3 thanks to mods and owners of this place.  and to members who keep place alive <3".[3]  Defendant titled this post, "Happy Bday [Website A]."  The post included images that depicted Minor Victim 3 laying on his back without clothing and his legs spread with a focus on his genitalia.  (Id.)  Each of the three images included in the post depicted a note, handwritten on an index card that provided, "I

---

[3] Errors in the original.

1  LOVE YOU HAPPY BDAY [WEBSITE A] [heart] ██████ 2016" and was placed on

2  Minor Victim 3's stomach just above his bare penis.  The second image

3  also included what appears to be Brinson's blurred finger pushing

4  Minor Victim 3's penis upright onto the index card.  The post also

5  included at least one link to download the images. (Id.)

6      On January 25, 2017, defendant detailed the extreme and regular

7  abuse he inflicted on Minor Victim 3, as well as regular anal abuse

8  he inflicted on Minor Victim 12.  Referring to Minor Victim 3 as his

9  ██████ defendant described how Minor Victim 3 "does not like to get

10  fucked in his ass" but that defendant had been "working more and more

11  on making his hole wide so that he will not hurt when I fuck him."

12  Defendant also encouraged more sexual exploitation of children by

13  declaring his "love to all of the unselfish producers who share their

14  sweet kids with us."  Defendant further recognized his "special

15  friends," including "A" (presumably co-defendant Arlan Harrell) and

16  "M" (presumably co-defendant Moises Martinez), and acknowledged that

17  Minor Victims 3 and 12 have met them.

18
19
20
21
22
23
24
25
26
27
28

**Journey**

Post Reply ↵

**Journey**
□by ██ Wed Jan 25, 2017 11:18 pm
██████ does not like to get fucked in his ass but we have been working more and more on making his hole wide so he will not hurt when I fuck him he likes dildo and he likes vibrator lots. here is what his hole looks like as of now. it is getting better but we still have more to go.

Image

progress is good with fuck but he does good with suck now his little penis get really hard when he suck ████ now. he can go almost halfway without choking

Image

and here is a picture for all the lovers of ██████ do not do much with him these days (but his ass is stretches well when I do do stuff with him 😊 )


love to all of my friends who enjoy and care for my boys. They love you back <3
love to all of the unselfish producers who share their sweet kids with us. My boys love it.
love to all of my *special friends*; A, M, E, & C... my boys miss you all so much. They say they want to see you all again, especially first two.

██████

1   Images of Minor Victim 3 were included where the post above says

2   "Image."  The first depicted a closeup of Minor Victim 3's unclothed

3   genitalia.  The second depicted an adult male, believed to be

4   defendant, inserting his erect penis into Minor Victim 3's mouth.

5   Additionally, an image of a closeup of Minor Victim 12's anus was

6   also included after the reference to the anal abuse of █████████ who

7   was under three years of age at all relevant times.  (See PSR ¶¶ 17,

8   23.)

9        The government anticipates that defendant will claim that he did

10   not know that his abuse harmed his victims.  Defendant's own words,

11   including in this post, belie defendant's attempt to re-write

12   history.  In this post alone, defendant acknowledged the pain his

13   anal rape repeatedly caused the victim and that forcing defendant's

14   penis in the victim's mouth has caused "choking."

15        Several other posts that defendant made on Website A depicted

16   the repeated abuse and exploitation of Minor Victims 3 and 12.[4]  For

17   example, on June 5, 2016, defendant posted two pictures of Minor

18   Victim 12 on Website A.  The subject of the post was "new avatar

19   (nn+hc of my boy ██████.")[5]  The first was not child pornography and

20   was a picture of Minor Victim 12 clothed.  The second was a picture

21   of defendant inserting his finger into Minor Victim 12's anus.  On

22   October 1, 2016, defendant posted on Website A under the subject line

23   ████████ and included an image of Minor Victim 12, fully nude, taken

24   from above his head looking down so that his unclothed penis was the

25   focal point of the image.  (PSR ¶ 24.)  A handwritten sign that said

26

27        [4] These are not described in the Second Superseding Indictment.

28        [5] "nn" stands for non-nude.  "hc" stands for "hard core,"
     denoting a sexual act.

1    ████ [website A] 2016" was also included in the post.  On October

2    20, 2016, defendant posted under the subject line ██████ Boys" and

3    stated, "more in ██████████████ [wink emoji]" and included a

4    photo of Minor Victim 3 completed nude and visible from the chest

5    down with his legs spread to display his unclothed penis sitting next

6    to Minor Victim 12 from the chest down wearing shorts with the same

7    handwritten sign as above that said ████ [website A] 2016."  (PSR

8    ¶ 25.)

9         Defendant also distributed and advertised child sexual abuse

10   material on Website A with a post on June 10, 2017.  On that date, he

11   made a post under the "Toddler boys" area of Website A titled, ████

12   ████████████████████  The post included a link and a password to

13   a video file that depicted an adult male anally penetrating an

14   unnamed toddler with his penis.  (See PSR ¶ 17.)

**B.   Defendant Coordinated With Co-Defendants To Sexually Abuse**
**     Children Together**

17        Defendant often babysat Minor Victims 3 and 12 at his residence,

18   including many overnights.  (PSR ¶ 26.)  ████████████████████

19   ████████████████████ and the children referred to him as ██████  As

20   described in their victim impact statements, Minor Victims 3 and 12's

21   parents trusted defendant to provide care and support for their sons.

22   Instead, defendant turned what should have been a safe haven into a

23   place of torture where he repeatedly abused Minor Victims 3 and 12,

24   offered them for abuse by others, and arranged other children to be

25   abused alongside them.  The mother of the victim described the

26   relationship and the betrayal of that relationship as follows:

27        John was like ████████████████████████████████████████

28        ████████████████  I was very careful with my own boys about where

8

1    they could go or stay overnight, but I trusted John. ████████

2    ████████████████████████████████████████████████

3    ████████████████      Instead, he put a knife in my heart and in the

4    souls of my boys.

5    (See **Exhibit A**, a true and correct copy of Minor Victims 3 and 12's

6    Mother's Victim Impact Statement ("VIS") at 037.)[6]

7         Defendant made Minor Victim 3 available for abuse to all the

8    other co-defendants in this case.  Indeed, co-defendant Lawniczak

9    admitted that he offered defendant a room in his house to live in

10   free of charge and benefitted from Minor Victim 3's abuse because he

11   had an opportunity to view the sexual acts between defendant and

12   Minor Victim 3.  (DE 177, Plea Agreement for Defendant Keith

13   Lawniczak at 11-12).  On at least two separate occasions, defendant

14   and co-defendant Harrell met at Brinson's house to abuse Minor

15   Victims 3 and 12 together.  On one of those occasions, they also

16   abused Minor Victim 11.

17        On at least one occasion, defendant and co-defendant Martinez

18   arranged to meet at Brinson's house to abuse Minor Victims 1 and 3

19   together.  As documented in chats and financial records, defendant

20   also arranged to meet co-defendant Martinez and Minor Victim 1 in San

21   Jose so they could abuse Minor Victim 1 together.

22        While the images and videos documenting defendant's sexual abuse

23   are gruesome, they certainly fail to capture the terror the young

24   victims certainly felt when grown men, sometimes two at a time,

25   forced them to endure a variety of sexual acts.

26

27

28

---

[6] All page citations are to the "GOVT SENTENCING" designation.

1          1.   <u>Defendant Abused Minor Victim 11 With Harrell</u>

2          On September 24, 2016, co-defendant Harrell took custody of

3     Minor Victim 11, who was three years old at the time, from the

4     child's grandmother and with the child's mother's permission.  (PSR

5     ¶ 20.)  Co-defendant Harrell traveled from ████████████ California to

6     Fresno, California to meet with defendant and stay at his house

7     overnight.  (<u>Id.</u>)  Defendant had pre-arranged to have custody of

8     Minor Victims 3 and 12 at the time for Harrell and defendant to

9     sexually abuse all three children together.  During that time, they

10    produced child sexual abuse material to document and preserve the

11    sexual acts they jointly perpetrated on these three victims.  (<u>Id.</u>)

12    Defendant and co-defendant Harrell also documented this trip in a

13    photograph of all the children together with them:[7]



27         [7] This image is from one of Harrell's digital devices.  It shows
      defendant on the left, with (from left to right) Minor Victim 12,
28    Minor Victim 3, and Minor Victim 11 crowded around co-defendant
      Harrell, who is sitting down.

Defendant and Harrell both abused Minor Victim 11 on this trip at defendant's house in Fresno.  For example, defendant and Harrell created a video that depicts Harrell fondling Minor Victim 11's penis while defendant inserts his finger into the child's anus.  (PSR ¶ 21.)  Another video taken during this trip depicts Harrell placing his mouth over Minor Victim 11's penis while defendant is digitally penetrating the child's anus.  (Id.)

2.   Defendant Provided Minor Victims 3 and 12 So That He And Harrell Could Abuse Them Together

In addition to abusing Minor Victim 11, defendant and Harrell jointly abused Minor Victims 3 and 12 during the September 2016 trip and in April 2017 when Harrell once again traveled to defendant's residence to abuse the children together (this time without providing a child victim of his own).  (See PSR ¶ 22-23.)

Just like with Minor Victim 11, defendant and Harrell documented their joint abuse of Minor Victims 3 and 12, abusing the little boys not only by sexually violating them, but also by preserving and distributing the child sexual abuse material.  For example, defendant created ███████ which depicts Harrell's hands holding his own penis while anally penetrating Minor Victim 3.  (Id. ¶ 22.)

In the video, ██████████████ Harrell places his mouth over Minor Victim 3's penis and then places him on his lap where both Harrell and Brinson molest Minor Victim 3's penis.  (Id.) The 21-second video ██████████ created by defendant depicts Harrell's hand molesting Minor Victim 12's penis.  (Id. ¶ 23.)

11

3. <u>Defendant Abused Minor Victim 1 With Co-Defendant Martinez</u>

On December 12, 2016, co-defendant Martinez traveled to Brinson's house in Fresno, California with Minor Victim 1 so that both Martinez and defendant could abuse Minor Victims 1 and 3 together.  At the time, Minor Victim 1 was nine years of age or younger and in Martinez's custody, care, and supervisory control. (PSR ¶ 31).  Defendant created ███████ which depicts Martinez anally penetrating Minor Victim 1 with his penis and depicts Minor Victim 3 from the neck down lying on the bed with his legs spread and his genitals exposed.  (<u>Id.</u> ¶ 28.)  Another image, ███████ depicts Minor Victim 1 and Minor Victim 3 lying on the bed in defendant's house with their anuses and genitals exposed.  (<u>Id.</u> ¶ 29.)  Minor Victim 1 is completely naked, and Minor Victim 3 is wearing shorts pulled down to his knees with his legs above his head so his penis and anus are fully visible.  (<u>Id.</u>)  These specific images were distributed at least to Harrell and recovered on Harrell's digital devices.  (<u>See</u> <u>id.</u> ¶ 30.)

On the same day as this abuse, defendant and Martinez took the victims to the Fresno mall and bought them gifts as reflected in a photograph found on Harrell's devices within the same folder as the images above.[8]

_____

[8] This image was saved as ███████.  Minor Victim 3 is on the left and Minor Victim 1 is on t███████ Credit card charges for defendant and Martinez show purchases made at the Fresno mall on December 12, 2016.

12

In addressing the harm that defendant caused her son, the adoptive mother of Minor Victim 1 writes about how the abuse and the distribution of the abuse continue to cause harm.  She writes:

> Every morning I expect an email from the Victim Notification Service telling me another person was found in possession of my son's horrific experience. ████████████████████ ████████████████████████████████████ ████████████████████ The fact that the defendants in this case not only victimized my son, but made it possible for others to do so is worse.  What they did to my son is monstrous and harrowing . . .
>
> ████████████████████████████████████ ████████████████ I now know that I will have to tell him his videos are still being shared and watched by ADULTS who are supposed to know better and have morals. ████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████ ████████████████

(See **Exhibit B**, a true and correct copy of Minor Victim 1's mother's VIS, at 040).

From chats recovered on Martinez's device, the images described in the PSR are only a small sampling of the cruelty inflicted on Minor Victims 1 and 3 at this December 2016 joint abuse session as

revealed in their chats about the meeting.[9]  On or about December 28, 2016, defendant and Martinez chatted what they did to Minor Victims 1 and 3, including discussing what to edit from the videos they produced to avoid being identified.  They also discussed: (1) how defendant made Minor Victim 3 scream; (2) requests to inflict other sexual acts on the victims to share the recordings with each other; and (3) ways to drug Minor Victim 3 to desensitize him to the pain of the abuse.

| BRINSON | the first two vids a pretty fine. damn that suck vid. i should of had him suck me more |
| BRINSON | i love ███ seeing him suck me from ur pov is hot |
| MARTINEZ | Glad I could give another perspective on filming him suck you ;) |
| MARTINEZ | I love the angle. Yes, you should have cummed on his face. :P |
| BRINSON | i couldnt lol when u got [Minor Victim 1] dressed i thought it was over so i went back in the bathroom and cummed all over [Minor Victim 3] he was so mad lol |
| BRINSON | he was like ███ stopppp |
| MARTINEZ | Oh! If at any chance he does not wanna anal; I will accept a bj vid with him drinking or face full of cum. :P |
| MARTINEZ | I heard him scream I figured he was being [Minor Victim 3] LOL |
| MARTINEZ | I was trying to get [Minor Victim 1] into the mood ;) |
| BRINSON | im gonna cum in his mouth or on his face when hes asleep. thats still on the agenda and of course still need to cum in his hole |

---

[9] The chats provided herein are true and correct copies of chats recovered from Martinez's computer in a messaging application operated on the dark web, which promotes anonymity of the user.  The chat excerpts have been formatted for clarity and ease of review. The full chat logs between Brinson and Martinez recovered from Martinez's computer are attached as Exhibit C.  In the logs, Martinez is listed as the alias "myself." The other aliases belong to Brinson.

14

| BRINSON | gonna go ahead and give in and buy vaseline lol. |
|---|---|
| BRINSON | is it easy to clean? |
| MARTINEZ | It soaks into the sick and you can just wipe it away. |
| MARTINEZ | Don't just globe it on. Just around the hole and shaft of ur dick lol |
| MARTINEZ | Y don;t you get [Minor Victim 3] drunk on whiskey chocolate and fuck him then? |
| MARTINEZ | brb gonna go to the gas station |
| BRINSON | yea i was thinking of some other form of drugging because the sleeping pills dont work. but i dont wanna rape him so id prefer him to be completely knocked out. |
| BRINSON | so i can fuck him and have him get used to it then so when i do it when hes awake it wont hurt him |
| MARTINEZ | I vote the booze lol |
| MARTINEZ | Enjoy your master copies of the vids I will  edit them when I can I promise. |
| BRINSON | only one to edit is the last one where u can see a glimpse of my face |
| BRINSON | other than that its pretty good recording lol. |
| BRINSON | <3 |
| MARTINEZ | Your welcome bro enjoy |
| MARTINEZ | I will edit the face then :P |
| BRINSON | and my tattoos ;) love u ;) |
| MARTINEZ | Yes yes yes that tats too ;) |

(<u>See</u> **Exhibit C** at 044-45, which is a true and correct copy of chats recovered between defendant and Martinez).

On or about February 11, 2017, defendant and Martinez discussed in this same chatting application how defendant engaged in sexual acts with Minor Victim 1 (a.k.a. ███████████ on Brinson's 23rd birthday.  These acts took place when the two defendants arranged to

15

meet at a motel in San Jose, California in June 2016 with Minor
Victim 1, indicating that the December 2016 trip was not the first
time defendant was with Minor Victim 1 for illicit sexual purposes.

| MARTINEZ | (scoff) This lifestyle has had a huge benefit to all of us. You actually fucked ███ your friend. Now you seem to have this thought that if you had to take it back you should. Are you for real? You know now that statement let's me know you have no true friendship to ███ and I. |
|---|---|
| MARTINEZ | A true friend just throws this crap out the window and accepts help from other true friends. |
| BRINSON | im just too nice, giving, open, and caring for me to not get the same in return. I feel like i deserve that, so im just trying to teach myself how to control those urges to constantly give freely and without thought or nothing in return. And this isn't directly to you this is just in general. |
| MARTINEZ | I was telling the truth that you are my friend and not some random pedo guy. |
| BRINSON | what do you define as a true friend, Moses? |
| MARTINEZ | Someone to talk to about intimate subjects and letting things that would normally destroy regular realationships go. |
| MARTINEZ | Not letting petty shit get in the way of true friendship |
| MARTINEZ | You want people to care about you.... |
| BRINSON | when I said this lifestyle, I didn't direct down to one certain monent (fucking███) I mean as a whole... to you it may seem like I have benefited more than I have not, but that is your viewpoint. I mean I will never  forget that day, it was on my 23rd birthday, on the fly, and I remember every moment of every detail, down to the nervous laughs, down to ███ beautiful face as I entered him, and to when I cummed on his balls. I mean I |

1

2

| | lost the damn vids[10], but the image will forever be printed in my brain. ---- . <br><br> . . |
|---|---|

3

4   (Ex. C at 079-80.)

5       **C.   Defendant Repeatedly Abused Minor Victims 3 and 12**

6             **Including Creating Videos Where The Children Screamed In**

7             **Pain**

8       The child sexual abuse material posted on Website A of Minor

9   Victims 3 and 12, as well as the material recovered from Harrell's

10  devices were only a small sampling of the abuse that defendant

11  inflicted on Minor Victims 3 and 12.  It is clear from chats

12  recovered from the co-defendants' devices, as well as videos

13  recovered from Brinson's device that Brinson regularly abused the

14  minors ████████, including inflicting severe pain.

15      Defendant chatted callously about the pain he inflicted on the

16  little boys he abused.  And it was not idle chatter or puffery or

17  fantasy -- because the videos that defendant created of the children

18  include some where they scream in pain.

19      In one video recovered from defendant's encrypted computer,

20  ████████ Minor Victim 3 is lying naked on his stomach while

21  defendant straddles the back of his legs while defendant anally

22  penetrates Minor Victim 3 with his penis.  Minor Victim 3 is

23  screaming in pain and asking the defendant to "take it out" while he

24  pounds the bed, screaming "Owwiiee."  Minor Victim 3 goes on to cry

25  out, "Why would you do that?  I don't want you to do that.  I didn't

26

27

28          [10] The chats indicate the defendant committed an additional
    offense of production of child pornography at this time.  The videos
    were not ultimately recovered.

                                      17

want you to do that."  Towards the end of the video, the defendant ejaculates on Minor Victim 3's back and rubs it while Minor Victim 3 continues to cry.

It is obvious to any rational person that the anal penetration of a small child by large objects, including an adult male penis, causes pain and harm to the child.  But even if defendant somehow was ignorant to that fact before he engaged in the acts, the victims' responses to the sexual abuse would have made him well aware. Videos recovered from defendant's encrypted computer, including "█████████" and █████████████████ depict defendant anally penetrating Minor Victim 12 with his penis while Minor Victim 12 cries out in pain, screaming "Owww" and ██████████ pleading for the abuse to stop.

Additional videos were recovered depicting various sexual acts performed by the defendant on both Minor Victims 3 and 12, including the defendant forcing his mouth on the victims' penises, forcing the victims' mouths on the defendant's penis, and the defendant penetrating the children's anuses with his penis, fingers, and various objects.  Several of the videos have audio where the child is screaming.

On or about January 17, 2017, defendant and Martinez discussed the sexual acts with Minor Victim 1 and Minor Victim 3, including defendant's purchasing of gifts for Minor Victim 3 because of the pain caused from the sexual acts.  They also discussed sharing videos with each other of their respective abuse of Minor Victims 1 and 3.

| BRINSON | hope u like broham. also please give no one this tc |
| MARTINEZ | No problem. :) |

| MARTINEZ | So he finally let you fuck him deep huh? :D |
| BRINSON | he was crying the entire time, but he earned an xbox 360 lol |
| BRINSON | $50 fuck not so bad |
| MARTINEZ | Oh wow :P |
| MARTINEZ | At least he got an awesome thing in return for it. :) |
| MARTINEZ | How is he now after that hard fuck? :) |
| BRINSON | he forgot all about it when we went to get his xbox. he got minecraft and a spiderman game with it |
| MARTINEZ | Yuuuuuuuup |
| BRINSON | on the way i kept asking if his butt hurt and he kept saying no and that it did not hurt much once i pushed in |
| MARTINEZ | A great bribe makes any boy forget. :P |
| MARTINEZ | I told you he would be fine :P |
| MARTINEZ | It's always that first push, then it's just a matter of hitting the boy's wall ^_____^ |
| MARTINEZ | How was it, bro? How did feel going in deep? :D |
| MARTINEZ | I bought your buddy a onesie, bro. :) |
| BRINSON | Yea i hear ya. It felt amazing, i almost lost all hope and pounded balls deep but then thought twice about it ha but i cummed real fast haha |
| BRINSON | a onesie hmmm. making him seem younger than he is lol. I bet he looks hot in it ;) |
| MARTINEZ | Would you like to see him undress in one? :P |
| BRINSON | why do u ask me that as if i dont want to see [Minor Victim 1] naked. if it were up to me i would be fucking him everyday haha |
| MARTINEZ | Just being polite heh heh :P |
| BRINSON | have i ever declined anything u sent? lol. |
| BRINSON | im not an asshole like a certain someone i know |

| | |
|---|---|
| MARTINEZ | You know that's very true you haven't declined any vids :P |
| MARTINEZ | ;) |
| MARTINEZ | Well now that you're on I can finally upload past productions for you. :) |
| BRINSON | ive been on for the past week |
| BRINSON | just made a new tc and forgot to add u |
| MARTINEZ | Well shit lol |
| MARTINEZ | Did I give you [Minor Victim 1's] in the face vid? |
| MARTINEZ | Or the new morning suck vid? |
| BRINSON | yea had a falling out with someone and kinda just didnt add anyone but 1 person on tc for a while. |
| BRINSON | but anyways |
| BRINSON | last vid u sent me was a 30 second fuck vid of [Minor Victim 1] on his back |
| BRINSON | moaning |
| MARTINEZ | in the bathroom? :P |
| MARTINEZ | Let me know what you think of his onesie :) |
| MARTINEZ | I am gonna send the rest of the fuck vids we made that day soon |
| BRINSON | just watched its nice. |
| BRINSON | who did u make that for lol |
| BRINSON | i swear that boy dont look a day older than 6 haha |
| MARTINEZ | I just made cause I knew everyone would wanna see it lol |
| BRINSON | how kind of u |

(Ex. C at 051-52.)

Defendant often bribed Minor Victim 3 with toys or money for additional sexual acts and to stay quiet.  In one video recovered from Brinson's device, ███████████ Minor Victim 3 is lying on his stomach, naked.  Defendant masturbates his penis over Minor Victim 3's naked buttocks, slightly penetrates Minor Victim 3's anus and

1 then ejaculates in and around Minor Victim 3's buttocks.  The camera
2 then goes dark, but Minor Victim 3 can be heard yelling for defendant
3 to "Wipe it off!"  Defendant then states the following:

4     I owe you some legos for that?  Deal.  I gotta wipe all that
5     off.  This is something we can do from now on, okay?  It will be
6     easier for you so that way you don't have to suck ███ wee
7     wee or take ███ wee wee in the booty, ok?  Deal.  Let me
8     finish wiping it off . . . . No no no no don't pull them up yet.
9     There is still some on there.  Come here.  On your booty.  Come
10     here.  Boy, you can't leave none of that on there.  Are you
11     crazy?  Trying to get us caught?
12 Minor Victim 3 can be heard asking "Is it off?" and crying.

13     Defendant responds callously stating, "You are complaining for
14 no reason.  Ok.  It is already over.  I'm just cleaning it up.  It is
15 already over.  I'm just cleaning it up.  And I owe you some freakin'
16 legos already, so knock it off!  You hear me?  Ok."

17     The government recovered the following exchange from on or about
18 May 8, 2016, from a chat program on Harrell's devices where defendant
19 again brags about manipulating and abusing Minor Victim 3:[11]

| BRINSON | [Minor Victim 3] just said he will suck me for $1 |
|---|---|
| MARTINEZ | Buuuuuuuuuulllllshit he will lol. |
| HARRELL | Left the range was a fun thin before work |
| MARTINEZ | Humor me, please? What's his price for his ass? ;) |
| | Always good to shoot of stress lol. |

---

[11] The chats provided herein are true and correct copies of text messages recovered from Harrell's devices in a messaging application. The text excerpts have been formatted for clarity and ease of review. Given the volume and complexity of these chats, the government is not attaching them to its sentencing papers.  If the Court would like to review the full chat logs, the government will make them available.

| BRINSON | No clue the price for his ass but got a nice vid right now |
|---------|-----------------------------------------------------------|
| MARTINEZ | 0.0<br><br>Bro... |
| BRINSON | Had to bribe him during the makings of it |
| MARTINEZ | Give him ten to suck him lol.<br><br>I hope it's longer then a sec and you cummed in or on him. ;) |
| BRINSON | Nah I can suck for free lol<br><br>No cum cause public<br><br>But half a minute<br><br>He almost threw up |
| MARTINEZ | Ahhhhhhhh sheeeet! Man, he really opened up thanks to the scooter lol.<br><br>You can always ask him what he'd do for $10 lol. But that'll come come<br><br>later. Congrats, Bro. :) |
| HARRELL | Damn lol how much to swallow |
| MARTINEZ | Right? Lol |
| HARRELL | Sorry if im delayed walked into a shiit show at work busy af |
| MARTINEZ | How much to put it all over his face lol.<br><br>Arlan, since you're back. Wanna hear what [Minor Victim 1] is gonna let me<br><br>do this Monday? I bought him a game and a plushy he really wanted. ;) |
| BRINSON | Hahaha. Idk but he took it well I think. Ended up giving him $5 because I<br><br>took the back of his head and pushed and he took it like a pro<br><br>About half way |
| MARTINEZ | Goddaaaaaaaaamn. =D<br><br>Yeah, for that give'em $5. Lol. See? They get all loose for prizes. :)<br><br>What did he say afterwards? If you don't mind me asking? ;) |
| BRINSON | He was like I couldn't breathe. I said you're fine and then I pulled out more<br><br>then he expected and he cheesed |

| MARTINEZ | Cheesed? Lol |
| | What does that mean? ;) So he deep throated? |
| | Who's gonna stay late to chat? ;) |
| BRINSON | I just accidentally deleted the video |
| MARTINEZ | You son of a...... |
| | Lol |
| BRINSON | Nevermind found it lol. Accidentally uploaded on my computer tho. Shit lol |
| MARTINEZ | 0.0 |
| | You gonna stay on tonight, John? |
| BRINSON | I know. Dammit didn't what anything on it <.< |
| MARTINEZ | How's [Minor Victim 3] though? Not too whiny after that? ;) |
| BRINSON | He's perfectly fine. Wants to spend the night tonight |

On or about January 28, 2017, defendant and Martinez continued their discussion regarding the repeated rape of their victims. Defendant laments that Minor Victims 3 and 12 are not coming over as frequently by stating, "I doubt they will want to come with me because everytime they come I have to fuck one of their asses and they are starting to figure that out." (Ex. C at 068.)  Defendant again mentions wanting to find a way "to knock them out completely:"

| MARTINEZ | So how was your week? Spend anytime with your boys? |
| MARTINEZ | Hello?.... |
| BRINSON | sorry someone came over... but anyways nah sorry i would show thru wickr but no longer have. and my week was stressful, work was tough this week. kids just acting up left and right. and haven't spent time with the boys at all this week. they hardly come over. although im supposed to have them all |

| | |
|---|---|
| | day today but i doubt they will want to come with me. because everytime they come i have to fuck one of their asses and they are starting to figure that out |
| BRINSON | howw was urs |
| MARTINEZ | Whoa lol. School kids are the worst :P |
| MARTINEZ | How do you figure if they come over you are gonna fuck them? :D |
| MARTINEZ | The kids are away right now with ███████████, Waiting until I gotta go to work :/ |
| BRINSON | because i demand it pretty much. I need one of their asses on my dick. |
| MARTINEZ | Well maybe you should tone it down and surprise them with it :P It will get them used to getting fucked a lot :D |
| BRINSON | what do you mean by that |
| MARTINEZ | Let them rest from the ass fucking and then maybe a month later BAM! Surprise them with another anal :P |
| BRINSON | oh ok. Yea that is what I'll do and i really need to invest in something i can use to knock them out completely |
| BRINSON | like no budging knock out lol |
| MARTINEZ | What would be used to knock them out? |
| MARTINEZ | I know of nothing at the moment :/ |
| BRINSON | exactly i have to figure that out. |
| BRINSON | i was going to try ambien but my housemate tells me its not safe for children |

(Ex. C at 068-69.)

The frequency of the abuse was also evident in chats with co-defendant Lawniczak, which indicate that defendant made Minor Victim 3 available for Lawniczak to either participate in or watch the

abuse.   For example, the following exchange took place on or about September 17-18, 2016:[12]

| LAWNICZAK | Headed back to Fresno. |
| | I think i should come in and lick you both while you are in 😊 |
| BRINSON | 😋 maybe you'll see him naked in the bath lol |
| LAWNICZAK | You'll have to call me in for something. Give him a woody before. Lol |
| | [includes link to a Facebook video] |
| BRINSON | That's comedy |
| LAWNICZAK | Reminds of you. Lol |
| | When you came in at first I thought it was [Minor Victim 3] again. Lol |

(**Exhibit D**, which is a true and correct copy of text log excerpts between defendant and Lawniczak, at 086.)   Soon after in the text exchange, Lawniczak texts to defendant, "[Minor Victim 3] ever see you bust a nut?"   (Id. at 087.)

        Between December 9 and December 10, 2016, defendant and co-defendant Brinson had another text message exchange about defendant's desire to participate and watch the abuse of Minor Victim 3:

| LAWNICZAK | Hey! |
| BRINSON | Hmm? |
| LAWNICZAK | What kind of soda do you srink? |
| BRINSON | [Minor Victim 3] drinks Dr Pepper |
| LAWNICZAK | I'm home. |
| | Don't want to interupt. |

_____

        [12] The texts provided herein are true and correct copies of text messages recovered from Lawniczak's devices.  These text messages have been formatted and edited for clarity and ease of review. Excerpted text logs between Brinson and Lawniczak recovered from Lawniczak's devices are attached as Exhibit D.

| | |
|---|---|
| | I'm home. |
| BRINSON | Ok lol doors open but don't come in all the way if u wanna peek |
| LAWNICZAK | I got food for ypu.<br><br>You should have had me show him how it's done while you rimmed him.<br><br>🙂 |
| BRINSON | No lol |
| LAWNICZAK | It would have been nice to see him hit you from behind like a rabbit. Lol<br><br>Full alarm is on. |
| BRINSON | About to be there right now |
| LAWNICZAK | How was the movie?<br><br>He still awake? |
| BRINSON | It was pretty good. Emotional and funny.<br><br>And yea he's awake but probably gonna fall asleep within the hour |
| LAWNICZAK | Lol. Me too<br><br>By the way, put your "toys" away. 😉 |
| BRINSON | Haha I need to wash them 😆 I need new lube the one I have sucks ass |
| LAWNICZAK | No, if you did that then you wouldn't need lube. |
| BRINSON | 😂 |
| LAWNICZAK | Well quit leaving them in the sink. One of these days someone else is going to go in there and find them. 😊 |
| BRINSON | Ok |

(Id. at 088-91.)  On May 7, 2017, Lawniczak texts defendant and states, "And Damn [Minor Victim 3] got me so freakin horny I'll probably end up raping someone."  (Id. at 092.)

     Beyond the physical pain of the sexual abuse, defendant psychologically manipulated the victims through grooming and bribery

1  and abused their trust and love for him.  These will be the scars

2  that may never heal.  Minor Victims 3 and 12's mother details the

3  long-lasting impact the defendant's sexual abuse and betrayal of

4  trust have on her sons and herself.  In her victim impact statement,

5  she writes, "Maybe the other defendants just took advantage of an

6  opportunity when John brought the boys to them, but John Brinson took

7  the boys out of my home, lying to me, and he delivered them to a hell

8  that he created."  (Ex. A at 037.)[13]  She adds:

9  ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████

15 ████████████████████████████████████████

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ███████████████████████████

19    I worry that even as much as I have tried to protect them and to

20    make up for what has happened to them it will never be possible.

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████

24 (Id. at 037-38.)

25    In his victim impact statement, the father of Minor Victims 3

26 and 12 also recounts the long-lasting impact of the defendant's abuse

27 _____

28    13
███████████████████████████████████████████████

and violation of trust.  He addresses the defendant in his letter and writes, "[t]he hate that I have for you is unbearable.  You took two children, ██████████████████ who always wanted to be around ████████ ██████████████ and you hurt them beyond all measure.  You took the one thing they will never get back.  You took their innocence and that is something I can never forgive."  (**Exhibit E**, a true and correct copy of Minor Victims 3 and 12's father's VIS, at 094.) He continues, "You ruined lives, but it was all fun and games for you." (Id.)

**III. THE DEFENDANT'S TOTAL OFFENSE LEVEL IS 52, WHICH IS UNDERSTATED**

There is no agreement between the parties regarding the Guideline Calculations because defendant pleaded guilty without a plea agreement.  The government agrees with the final calculation of the United States Probation & Pretrial Services Office ("USPPSO").  Defendant's total offense level is 52, which includes the greater of the adjusted offense level (46), plus 4 for the number of units per U.S.S.G. §3D1.4, plus 5 for a pattern of activity involving prohibited sexual conduct per U.S.S.G. § 4B1.5(b), and minus 3 for acceptance of responsibility.

Despite the high number, here, the total offense level actually underrepresents the defendant's criminal conduct in several ways.  First, the Guidelines undercount defendant's conduct because he was only charged with one count of production per victim when he created, in many cases, numerous images per child.  Each of those images could have been a separate charge in the Second Superseding Indictment.  As such, the Guidelines, based on the conduct charged, does not capture all of defendant's criminal conduct.

1    Additionally, the five levels that are added under U.S.S.G.

2    § 4B1.5(b)(1) (PSR ¶¶ 98-101) only require two separate occasions of

3    prohibited sexual conduct with a minor to apply.  Here, this

4    enhancement understates the extensive instances of abuse and

5    exploitation, particularly for the repeated and cruel abuse inflicted

6    upon Minor Victims 3 and 12, and the pervasive pattern of activity of

7    sexual exploitation that the defendant engaged in throughout his time

8    on Website A and his access to the victims.

9    After acceptance of responsibility, defendant's Guideline level

10   is 52. (See PSR ¶¶ 94-102.)  The defendant also receives the massive

11   benefit of a reduction to 43 because the sentencing guidelines chart

12   presumes that offense conduct higher than level 43 will be so rare

13   that the chart need not extend beyond level 43.  (See PSR ¶ 103;

14   U.S.S.G. Chapter 5, Part A (comment n. 2.))  Though defendant's

15   conduct is so egregious that it is one of those "rare instances" it

16   must be truncated to level 43, it is significant that his final

17   offense level of 43, and even 52, does not account for a large part

18   of his conduct.

19   Defendant's criminal history category is I.  (PSR ¶ 108.)

20   Pursuant to the Guidelines, with an offense level of 43 and a

21   criminal history category of I, the applicable sentencing range is

22   life imprisonment.

23   **IV.  THE COURT SHOULD SENTENCE DEFENDANT TO LIFE IMPRISONMENT**

24   Defendant's total offense level, which is far below the offense

25   level that would accurately reflect the severity of his conduct,

26   advises the Court to impose a sentence of life.  There is no reason

27   to vary or depart from the Guidelines here.  A sentence of life

28   imprisonment fairly reflects the factors to be considered under 18

U.S.C. § 3553(a), including the nature and circumstances of the offense, the history and characteristics of the defendant, the need for the sentence to reflect the seriousness of the offense, the need to promote respect for the law and afford adequate deterrence to criminal conduct, the need to protect the public from future crimes of the defendant, and the need to avoid unwarranted sentencing disparities.

### A.   Defendant's Crimes Were Cruel And Depraved

The Sentencing Commission, Congress, and courts across the country have repeatedly recognized the pain and suffering that the creation and trading of child sexual abuse material inflicts on the children depicted.  The victims here are vulnerable, ████ little boys who were manipulated, abused, and experienced pain so real that their screams were audible — all so defendant could make videos. These children will now suffer lifelong consequences from the abuse compounded by the eternal circulation of their images.

Defendant's offenses did not just involve the callous production and consumption of child sexual abuse material; he engaged in serial sexual exploitation including extreme forms of abuse and torture, and shared the children in his care with other offenders. Defendant knew he caused his victims pain, but he did not care.  Rather, he sought ways to continue the abuse despite the pain, rationalizing that more abuse would help the children "get used to it," gifts would help the children stay silent, and drugs would "knock them out completely."[14]

Defendant conspired with co-defendant Lawniczak to create a space where he could freely abuse multiple children.  After defendant

---

[14] See, e.g., Ex. C at 045, 068-69, discussed above.

1   manipulated Minor Victims 3 and 12's parents into believing he was

2   providing ███████████  Minor Victims 3 and 12 were in essence his

3   prisoners.  By defendant's own admission, he anally raped them every

4   time they were present.[15]  It is hard to fathom a worse betrayal than

5   what the victims endured at the hands of the defendant, and yet, the

6   defendant went further than just victimizing them himself when he

7   offered Minor Victims 3 to all of the co-defendants and Minor Victim

8   12 to Harrell.  Strange men who defendant allowed to touch them in

9   ways no child should ever be touched.  Further, defendant used his

10  access to Minor Victims 3 and 12 like bargaining chips, so he could

11  abuse children to whom Harrell and Martinez had access.

12      Defendant recorded the cruelty to which he subjected his

13  victims and then he traded those recordings with known and unknown

14  offenders like they were baseball cards to collect.  Defendant shared

15  the documentation of the abuse of minors ███████████  as well as a

16  minor not even known to him, and repeatedly encouraged others to do

17  the same.  The trafficking and collection of child sexual abuse

18  images of both his own creation and by others hurt the children

19  depicted anew with every view and download.  Defendant's actions

20  guaranteed that the files depicting several victims' rape and abuse

21  will forever be part of the Internet's collection of child sexual

22  abuse material in never-ending circulation.  When defendant

23  encouraged the production of new child sexual abuse material and

24  shared existing material on Website A, he likely inspired other

25  offenders to abuse countless other victims.  Based on his own words

26  and actions, defendant seems to have distributed the images and

27

28

---

[15] <u>Id.</u>

videos of the abuse of his victims to: (1) fuel his sexual fantasies; gain praise for his activity from other nepiophiles and child sexual abuse material collectors on the dark web; (3) validate his disordered thinking that these highly personal betrayals were not harmful; (4) help him rationalize that his criminal activity was not wrong and did not make him a bad person; and (5) receive additional child sexual abuse material from other offenders in return.

### B.   Defendant's Characteristics Do Not Excuse His Behavior

Defendant is twenty-eight years old (id. ¶ 113) and was just shy of twenty-four at the time of his arrest.  Defendant will likely argue that his abuse history ████████████ explains and mitigates his criminal action, but that abuse should have made him a protector of children, someone who should have saved them from his own fate. Instead, defendant immersed himself in a world that allowed him to perpetrate violence on children who loved and depended on him.

Further, studies and literature on this topic have not found any clear causal link between experiencing child sexual abuse and perpetrating such abuse as an adult.  It is clear, however, that the majority of victims of child sexual abuse do not become perpetrators themselves.  "The victim-offender cycle in male sexual abuse has been popularized as an explanation of why some males sexually offend. However, there are serious limitations to this explanation . . . ." Lambie, Ian et al., "Resiliency in the victim-offender cycle in male sexual abuse" in Sex Abuse: A Journal of Research and Treatment 14(1) (2002) at 43.[16]  Moreover, with respect to studies which have

---

[16] *See also* Hall, R.C.W., "A Profile of Pedophilia: Characteristics of Offenders, Recidivism, Treatment Outcomes, and Forensic Issues" in Mayo Clinic Proceedings 82(4) (2007) at 464
*(footnote cont'd on next page)*

suggested that "prior victimization may have some effect in a minority of perpetrators . . . [a]nother possibility is that some sexual perpetrators may feign sexual victimization in order to gain sympathy, preferential treatment, or therapy."  Glasser, M. et al., "Cycle of child sexual abuse: links between being a victim and becoming a perpetrator" in The British Journal of Psychiatry 179 (2001) at 488.[17]

Defendant's conduct was extremely depraved.  He repeatedly ignored the pain he knowingly caused young children to fulfill his own sexual urges.  He bribed his victims with money and toys to gain

("There is also legitimate concern regarding the validity of many of the self-reports of pedophiles who claim to have been abused as children themselves. These statements are often made in a legal or group treatment setting, in which pedophiles may be trying to mitigate their sentence or gain sympathy for their behavior."); Glasser, M. et al., "Cycle of child sexual abuse: links between being a victim and becoming a perpetrator" in The British Journal of Psychiatry 179 (2001) at 488 (noting that "the data do not provide strong support for a cycle of sexual abuse encompassing a substantial proportion of male perpetrators"); and Briggs, F. and R. Hawkins, "A Comparison of the Childhood Experiences of Convicted Male Child Molesters and Men who were Sexually Abused in Childhood and Claimed to be Nonoffenders" in Child Abuse & Neglect 20(3) (1996) at 230 (concluding that "[S]exual abuse at particular ages and frequency of abuse do not of themselves necessarily lead to an increased likelihood of perpetuating abuse across generations.").

[17] *See also* Haywood, Thomas et al., "Cycle of Abuse and Psychopathology in Cleric and Noncleric Molesters of Children and Adolescents" in Child Abuse & Neglect 20(12) (1996) at 1234 ("Studies into prevalence of childhood sexual abuse among sex offenders have produced mixed results with 8% to 60% of child molesters reporting having been sexually abused as a child. Variability in prevalence rates across studies may be due in part to differing motivations on the part of subjects to give self-serving histories. . .") (citations omitted); and Briggs, F. and R. Hawkins, "A Comparison of the Childhood Experiences of Convicted Male Child Molesters and Men who were Sexually Abused in Childhood and Claimed to be Nonoffenders" in Child Abuse & Neglect 20(3) (1996) at 232 ("Perpetrators may lie about their actions or attempt to excuse their behavior by pointing to their own victimization as children. . . Excuse-making may be more prevalent in settings where such behavior may be useful, such as in the early stages of therapy (before learning that excuse-making is not acceptable) or during the trial process (perhaps under the guidance of enthusiastic defense lawyers).").

their compliance and silence.  He spent time building online
relationships that allowed him access to more children.  He shared
children he was entrusted to protect with other offenders to gain
access to their children and so he could abuse the children together.

His online activity demonstrates a level of sophistication and
competence, both with committing his crimes and evading law
enforcement through anonymization and encryption mechanisms.  He took
numerous steps to mask his identity online, manipulate the recordings
he created of his acts of abuse, destroy hard drives, and encrypt his
computer.  He took actions to ensure he engaged in his crimes only in
the presence of other offenders or children whose silence he bought.

1 ████████████████████████████████████

2 ████████████████████████████████████

3 ████████████████████████████████████

4 ████████████████████████████████████████

5 ██████████████████████████████████████

6 ██████████████████████████████████████

7     **C.    A Life Sentence Is The Only Way To Protect The Community**

8         **From Defendant**

9     The recommended Guideline sentence is life imprisonment.  The

10 USPPO recommends life imprisonment.  (See DE 324, USPPSO

11 Recommendation Letter, at 1.)  The government makes the same

12 recommendation.  There is no way to protect the community from this

13 defendant other than incarceration for the rest of his life given the

14 inhumane sexual torture he inflicted on his victims. There is no

15 reason to believe the defendant would ever abandon fulfilling his

16 sexual urges at the expense of children. A life sentence is also

17 necessary to provide a just punishment, promote respect for the law,

18 and adequately deter other like-minded individuals from harming more

19 children by acting on such an all-consuming obsession.

20     **D.   The Court Should Avoid Sentencing Disparities**

21     The Court should avoid unwarranted sentencing disparities.  A

22 way of achieving that goal is imposing a sentence within the

23 recommended Guideline range.  United States v. Saeteurn, 504 F.3d

24 1175, 118183 (9th Cir. 2007).  Here, co-defendant Harrell's guideline

25 range was life and he received a life sentence. ███████████

26 ████████████████████████████████████████

27 ████████████████████████████████████████

28 ████████████████████████████████████████

1　████████████████████████████████████████████████

2　████████████████████████████████████████████

3　Allowing Brinson to receive a much lower sentence due to his abuse

4　history --which does not lessen his dangerousness, the cruelty of his

5　crimes, nor the impact of his crimes on his victims -- would upend

6　justice.

7　　　　It is difficult to rank evil.  While Harrell was charged with

8　more counts and abused more known victims, it is impossible to say

9　his evils greatly outweighed the cruelty that defendant inflicted on

10　Minor Victims 1, 3, 11, and 12.  Defendant welcomed each of the

11　victims into his home only to jointly abuse them with another co-

12　defendant.  He meticulously groomed and manipulated both Minor

13　Victims 3 and 12, and their parents, to allow himself regular access

14　to the children so that he could rape them over and over in callous

15　and devastating ways.  Defendant then passed Minor Victim 3 around

16　like he was chattel, allowing all three co-defendants access to the

17　child.  Defendant allowed Harrell to abuse Minor Victim 12, even

18　though he was no more than three years old.  Maybe if there were a

19　sentence greater than life imprisonment, there would be some way to

20　rank Harrell and Brinson, but there is not.  Justice demands a life

21　sentence for defendant.

22　**V.    CONCLUSION**

23　　　　The government requests that the Court impose a life sentence,

24　and a special assessment of $500 and lifetime supervised release.

25　The government further requests that the Court set over the

26　restitution portion of the sentencing for 90 days and make a

27　determination at that time regarding the special assessment for

28　Justice for Trafficking Victims.