| DATE | DOCKET NO. | TRANSCRIPT FILED? Docket No. | COURT REPORTER | PROCEEDING |
|---|---|---|---|---|
| 8/28/2017 | 67 | No, ordered | Chia Mei Jui | status conference |
| 7/12/2019 | 112 | Yes, 347 | Chia Mei Jui | status conference |
| 10/11/2019 | 173 | Yes, 409 | Debbie Hino-Spaan | motions hearing |
| 10/17/2019 | 174 | Yes, 430 | Chia Mei Jui | motions hearing |
| 1/24/2020 | 194 | Yes, 386 | Anne Kielwasser | status conference |
| 1/27/2021 | 258 | Yes, 431 | Chia Mei Jui | status conference |
| 6/21/2021 | 288 | No, ordered | Chia Mei Jui | status conference |
| 7/23/2021 | 298 | No, ordered | Chia Mei Jui | change of plea |
| 4/22/2022 | 415 | No, ordered | Chia Mei Jui | sentencing |
|  |  |  |  |  |