VERNA WEFALD, SBN 127104
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Tel: 626-577-2658
Email: verna@vernawefald.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 17-CR-404-AB |
| v. | |
| JOHN BRINSON | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

REQUEST TO SEAL DOCUMENTS AND PROPOSED ORDER

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

02/22/2023
Date

/S/ VERNA WEFALD
Attorney Name
JOHN BRINSON
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)         NOTICE OF MANUAL FILING OR LODGING