CR 17-00404-AB-2

Dear Andre Birotte, Jr.

I do not know if this is the proper avenue to address you, so if it is not, then please let me know the proper way.

With that being said, I am requesting two things from you, which I believe is in your power to grant me.

First, can you amend my judgement in regards to the Financial Responsibility Plan (FRP). Currently, it says that I must pay no less than $25 per quarter until my payments are made. I am asking that you change it to: no more than $25, or exactly $25 per quarter. The reason that I'm asking is because, for whatever reason, the price goes up depending on money that gets put onto my account. That includes funds from my family as well as funds from working in prison. I feel as though I'm being punished for receiving and making money, and that can be solved by just having to pay $25 exactly per quarter. My counselor says that he will honor it if the Court specifically says that in the amended judgement.

Second, during pre-trial, the government moved to put a seperation order so that my co-defendant's and I couldn't speak to one another. You granted that motion. I never understood the reason for that - how can we be co-defendants but not speak to one another? Well, as you are well aware, pre-trial is over. Yet, the Seperation Order still remains. Can you please lift the Seperation Order, now that we have been sentenced? My main reason is because at the United States Penitentiary level - where I and two other of my co-defendants must remain at for 10 years because of our lengthy sentences - there are only a few USP's that Sex Offenders can be on: Tucson, Terre Haute, and Coleman II. With the Seperation Order, that severely limits where any of us can go if we were to need to move to

(1)

a different USP for whatever reason. This could potentially put me in an unneccesary position if, for example, I have to leave Tucson, and my co-defendants are at Terre Haute and Coleman II. Because of the Seperation Order, I'd have to go to another USP and spend all my time in the SHU, because the yard will not accept Sex Offenders.

I hope you take these two requests into consideration and grant them for me.

Respectfully,

John Richard Brinson, Jr

September 24th, 2023

(2)

John Richard Brinson, Jr. #76587-097
United States Penitentiary - Tucson
P.O. BOX 24550
Tucson, Az 85734

Docket No. CR 17-00404-AB-2
LEGAL MAIL

PHOENIX AZ 852
27 SEP 2023 PM 6 L

RECEIVED
CLERK U.S. DISTRICT COURT
OCT - 2 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Judge Andre Birotte, Jr.
United States District Court, Central District of California
255 East Temple Street, Room 1178
Los Angeles, CA 90012

90012-358673