THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA



USDC NO. CR-17-404-AB

Docket No 0973 2:17 CR0040(B)-2

JOHN RICHARD BRINSON Jr.
REGISTER # 76587-097
UNITED STATES PENITENTIARY
U.S.P TUCSON
PO BOX 24550
TUCSON, ARIZONA 85734-4550

COURT OF CLERK
UNITED STATES COURT
LOS ANGELES, CA 90012-3322

Respectfully TO THE COURT OF CLERKS

I AM writing because I'm requesting a copy of my Remorse Letter to the court during my sentencing on April 22, 2022 in front of Honorable Judge Andre Bicotte Jr.

I am preparing my 2255 Motion and I would like to attach my remorse letter with it for the purpose of good faith.

I really would appreciate the time of the court of clerks to produce this copy for me.

Thank you

John Richard Brinson, Jr. #76587-097
United States Penitentiary - Tucson
P.O. Box 24550
Tucson, Arizona 85734

LEGAL MAIL

CR

PHOENIX AZ 852
30 JAN 2024 PM 5

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 2 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Court of Clerk
U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

90012-354760

