# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | CR17-00404-AB-2 | | Date: | March 11, 2024 |
|---|---|---|---|---|

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter   N/A

| Carla Badirian | N/A | None Appearing |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v.: Defendant: | Not Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Richard Brinson, Jr. | x | | | None Appearing | | | |

**Proceedings:**   **[IN CHAMBERS] NOTICE OF RECEIPT OF LETTER (DKT. 477)**

The Court is in receipt of the letter from Defendant Brinson Jr. requesting a copy of his "remorse letter". Dkt. 477. Defendant is advised that he must make this request to his attorney, rather than with the Court.

**IT IS SO ORDERED.**