UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:17-cr-00404-AB-2<br>2:25-cv-02652-AB | Date: | May 21, 2025 |
|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter  N/A

| Daniel Tamayo | | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v.: John R. Brinson, Jr. | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|

**Proceedings:**   [IN CHAMBERS] ORDER SETTING BRIEFING SCHEDULE

Petitioner John R. Brinson, Jr. has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. The Court hereby sets the following briefing schedule on the Motion:

- The Government's Response is due June 27, 2025.
- Petitioner's Reply is due July 25, 2025.

Once fully briefed, the motion will be under submission.

**IT IS SO ORDERED.**