BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559
    Facsimile: (213) 894-3713
    Email:     Kim.Meyer@usdoj.gov

LAUREN S. KUPERSMITH
Acting Deputy Chief
Child Exploitation & Obscenity Section
U.S. Department of Justice, Criminal Division
    1301 New York Avenue, NW, Suite 1100
    Washington, D.C. 20005
    Telephone: (202) 514-1564
    Facsimile: (202) 514-1793
    E-mail:    lauren.kupersmith@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. BRINSON, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Nos. 2:17-CR-00404-AB <br>      2:25-CV-02652-AB <br><br> GOVERNMENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255; DECLARATION OF LAUREN S. KUPERSMITH |

Respondent United States of America, by and through its counsel of record, the United States Department of Justice, Child Exploitation and Obscenity Section, and Acting Deputy Chief Lauren S. Kupersmith, and the United States Attorney for the Central

1  District of California and Assistant United States Attorney Karen I.
2  Meyer, hereby submits this ex parte application for an extension of
3  time for an additional 30 days, until July 28, 2025, to respond to
4  the petition.
5      The ex parte application is based upon the attached Declaration
6  of Lauren S. Kupersmith.  The government has not contacted
7  petitioner who is pro se in this matter.

Dated: June 25, 2025              Respectfully submitted,

                                  BILAL A. ESSAYLI
                                  United States Attorney

                                  LINDSEY GREER DOTSON
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____/s/_____
                                  Lauren S. Kupersmith
                                  Acting Deputy Chief, Child
                                  Exploitation & Obscenity Section
                                  U.S. Department of Justice, Criminal
                                  Division

                                  KAREN I. MEYER
                                  Assistant United States Attorney


                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

## DECLARATION OF LAUREN S. KUPERSMITH

I, Lauren S. Kupersmith, declare as follows:

1. I am currently Acting Deputy Chief and Trial Attorney in the Child Exploitation and Obscenity Section (CEOS) in the Criminal Division of the U.S. Department of Justice. I represent the government in this matter, which includes the filing of this <u>ex parte</u> application.

2. On April 3, 2025, the petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Dkt. 1 (the "Petition")) was entered on the criminal docket as Docket Entry 485, along with a 23-page Memorandum in Support and two Affidavits.

3. On May 23, 2025, the Court set a briefing schedule and ordered the government to respond to the Petition by June 27, 2025.

4. While I was counsel of record for the district court proceedings, I was not counsel of record for the appeal, the record of which will need to be reviewed because it impacts the claims at issue in the Petition.

5. Since the Court issued the briefing schedule, there have been significant personnel changes in my office, which involved substantial shifts to my work duties, including a change in title and responsibilities, as well as some unanticipated personal leave from the office, creating difficulties with the ability to respond to the Petition under the original briefing schedule.

6. This application is not made for purposes of delay or tactical advantage, but instead to allow the government adequate time to respond to the Petition.

7. Further, petitioner will not be prejudiced by the extension. A review of the appellate docket for this case reveals

that petitioner requested two extensions of time to file his opening brief and a motion to file a late brief, as well as a request for extension of time to file his reply brief, all of which were granted. Petitioner is currently serving a life sentence.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: June 25, 2025                          /s/
                                                       Lauren S. Kupersmith
                                                       Acting Deputy Chief
                                                       Child Exploitation &
                                                       Obscenity Section
                                                       U.S. Department of Justice,
                                                       Criminal Division