1  BILAL A. ESSAYLI
   United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   KAREN I. MEYER (Cal. Bar No. 220554)
4  Assistant United States Attorney
        1300 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-8559
        Facsimile: (213) 894-3713
7       Email:     Kim.Meyer@usdoj.gov

8  LAUREN S. KUPERSMITH
   Acting Deputy Chief
9  Child Exploitation & Obscenity Section
   U.S. Department of Justice, Criminal Division
10      1301 New York Avenue, NW, Suite 1100
        Washington, D.C. 20005
11      Telephone: (202) 514-1564
        Facsimile: (202) 514-1793
12      E-mail:    lauren.kupersmith@usdoj.gov

13 Attorneys for Respondent
   UNITED STATES OF AMERICA

14

15                    UNITED STATES DISTRICT COURT

16                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 17 | JOHN R. BRINSON, JR., | Nos. 2:17-CR-00404-AB |
|----|------------------------|------------------------|
| 18 |                        | 2:25-CV-02652-AB |
| 19 | Petitioner, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND |
| 20 | v. | |
| 21 | UNITED STATES OF AMERICA, | |
| 22 | Respondent. | |

23

24

25     Upon consideration of the government's ex parte application

26 requesting an extension of time to respond, and finding good cause,

27 it is ordered that the government's ex parte application requesting

28 an extension of time to respond is hereby GRANTED.  The government

may file an Answer to the Petition by July 28, 2025.  It is further ordered that if petitioner desires to file a Reply to the Answer, he shall do so within 28 days of the date the Answer is filed.

IT IS SO ORDERED.

_____        _____
 DATE                                  HONORABLE ANDRE BIROTTE, JR.
                                       UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
LAUREN S. KUPERSMITH
Acting Deputy Chief
Child Exploitation &
Obscenity Section
U.S. Department of Justice,
Criminal Division

2