# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. BRINSON, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Nos. 2:17-CR-00404-AB <br>     2:25-CV-02652-AB <br><br> <u>ORDER GRANTING EXTENSION OF TIME TO RESPOND</u> |

Upon consideration of the government's <u>ex parte</u> application requesting an extension of time to respond, and finding good cause, it is ordered that the government's <u>ex parte</u> application requesting an extension of time to respond is **GRANTED**. The government may file an Answer to the Petition by July 28, 2025. Petitioner's Reply is due August 25, 2025.

IT IS SO ORDERED.

June 26, 2025
_____          _____
DATE                             HON. ANDRÉ BIROTTE, JR.
                                 UNITED STATES DISTRICT JUDGE