# CERTIFICATE OF SERVICE

I, **LAUREN S. KUPERSMITH**, declare:

That I am a citizen of the United States and a resident of or employed in Washington, D.C.; that my business address is the United States Department of Justice, Criminal Division, Child Exploitation and Obscenity Section, 1301 New York Avenue, NW, Suite 1100, Washington, D.C. 20005; that I am over the age of 18; that I am employed by the United States Department of Justice, that I am a member of the Bar of the United States District Court for the Central District of California; that on **July 29, 2025,** I caused to be deposited on **July 29, 2025,** in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of:

**Government's Opposition to Defendant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Conviction and Sentence**

service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:
John R. Brinson, Jr.
Register No. 76587-097
USP Tucson
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ  85734

☐ By hand delivery, addressed as follows:

☐ By email as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

at his last known address, at which place there is a delivery service by United States mail.

1   This Certificate is executed on **July 29, 2025,** at Washington,
2  D.C.  I certify under penalty of perjury that the foregoing is true
3  and correct.

_____
LAUREN S. KUPERSMITH
Acting Deputy Chief