John Richard Brinson, Jr.
Reg no. 76587-097
United States Penitentiary - Tucson
P.O. Box 24550
Tucson, AZ 85734-4550

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2025
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

John R. Brinson, Jr.,
   Movant,                  Crim Case No 2:17-CR-00404-AB
   v.                       Civil Case No. 2:25-CV-02652-AB
United States of America
   Respondant.

---

## MOTION TO REQUEST EXTENSION OF TIME TO FILE

John Richard Brinson, Jr., Pro Se Petitioner, submits this motion to Request Extension of time to File.

On July 29, 2025, the Government filed its opposition to Petitioner's §2255 Motion, filed March 24, 2025.

Petitioner requests additional time to file a reply. As good cause to grant this request, Petitioner submits that:

1. He is not an attorney and has no training in law;
2. He is dependent on the assistance of others to file a reply;
3. He has limited access to an institutional law library and other resources neccessary to file a meanigful reply;
4. The governments response contains no fewer than thirty-three seperate case citations and five refrences to statutes, all of which must be researched in order to compose a reply;
5. The availability of resources neccessary to file a meaningful, adversarial reply is dictated by prison staff and subject to significant shedule and other consideration, in particular: staffing shortages and institutional issues, and also lockdowns, impinging on his right to file a reply.
6. The government, with its abundance of resources, was permitted four-months to file its response.

Based on the foregoing show of good cause, Petitioner respectfully requests an additional 90 days to file his reply.

Respectfully Submitted,

*John Brinson*

John Richard Brinson, Jr.

Signed this __19__ day of __August__, 2025, by John Richard Brinson, Jr.

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I served a copy of the enclosed motion to Request Extension of Time to File on the party named below by placing copies of the same in the institution mail system with sufficient first class postage affixed and addressed to:

United States Attorney's Office
312 North Spring Street
Los Angeles, CA 90012

*John B[signature]*

John Richard Brinson, Jr.

Signed this __19__ day of __August__, 2025, by John Richard Brinson, Jr.



